# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CR-24-513-R |
| ) | |
| **JOSEPH PRESTON ANDERSON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**COMES NOW**, before the Court is the Defendant Joseph Preston Anderson's, Unopposed Motion to Declare Case a Complex Federal Criminal Matter, Extension of Time and Continuance of the Jury Trial currently set on the Courts April 8, 2025 Jury Trial docket. This Motion is Joined by Tiffani Amber Stevens, by and through Counsel Thomas Wright. This Motion is Unopposed by the United States. For the reasons fully set forth in this Motion, and otherwise shown by the case record, the Court finds that the Motion should be GRANTED.

The Court specifically finds that this criminal matter is both factually and legally complex. The review of large amount of discovery will be required, further pretrial investigation and preparation of defenses will be necessary. Under the circumstances, including the nature of the charges and the existence of complex factual and legal issues, it is unreasonable to expect adequate pretrial proceedings, evaluation of defenses

requiring notice, or the trial itself within the time limits established by the Speedy Trial Act and the Local Criminal Rules. See 18 U.S.C. § 3161(h)(7)(B)(ii).

For these reasons, the Court finds that the ends of justice served by granting the Motion and the period of delay inherent in setting reasonable case management deadlines and scheduling the trial on an appropriate docket – outweigh the interests of Defendant and the public in a speedy trial. See id. § 3161(h)(7)(A). Upon consideration of the pertinent factors, the Court finds that excluding this case from the customary time constraints is necessary in order to protect the defendant's right to effective assistance of counsel, to provide a reasonable amount of time for all parties to engage in adequate trial preparation, and to avoid a miscarriage of justice. See id. § 3161(h)(7)(B); see also United *States v. Toombs*, 574 F.3d 1262, 1271-72 (10th Cir. 2009). Therefore, the period of delay caused by granting the Motion is excludable for purposes of the Speedy Trial Act.

IT IS THEREFORE ORDERED that the Unopposed Motion to Declare Case Complex Federal Criminal Matter and Continuing Date for Jury Trial [Doc. No. 42] is GRANTED. The matter is stricken from the April 8, 2025, trial docket and reset on the June 10, 2025 trial docket.

IT IS SO ORDERED this 24th day of March 2025.

*[Signature: David L. Russell]*

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**